IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAN K. VODA, M.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-09-95-L |
| | ) | |
| MEDTRONIC INC. and | ) | |
| MEDTRONIC VASCULAR, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **J U D G M E N T**

Pursuant to the court's order issued December 14, 2011 (Doc. No. 183) and the jury verdict issued January 26, 2012 (Doc. No. 272), judgment is entered as follows:

(1)   Defendants Medtronic Inc. and Medtronic Vascular, Inc. induced and contributed to infringement of claims 1 or 2 of U.S. Patent No. 6,083,213.

(2)   The infringement of U.S. Patent No. 6,083,213 by defendants Medtronic Inc. and Medtronic Vascular, Inc. was willful.

(3)   Claims 1 and 2 of U.S. Patent No. 6,083,213 are not invalid.

(4)   Plaintiff is entitled to a reasonable royalty of $9,900,000.00.

(5)   The court accordingly awards plaintiff compensatory damages of

$9,900,000.00 together with interest thereon at the rate allowed by law from this date until paid.

Entered this 27th day of January, 2012.

*Tim Leonard*
TIM LEONARD
United States District Judge