IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAN K. VODA, M.D. | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-09-95-L |
| | ) |
| MEDTRONIC INC. and | ) |
| MEDTRONIC VASCULAR, INC., | ) |
| | ) |
|       Defendants. | ) |

## **AMENDED JUDGMENT**

Pursuant to the court's orders issued December 14, 2011 (Doc. No. 183) and September 27, 2012 (Doc. No. 318), the Joint Stipulation Regarding Taxable Costs Through Trial (Doc. No. 297), and the jury verdict issued January 26, 2012 (Doc. No. 272), judgment is entered as follows:

(1) Defendants Medtronic Inc. and Medtronic Vascular, Inc. induced and contributed to infringement of claims 1 or 2 of U.S. Patent No. 6,083,213.

(2) The infringement of U.S. Patent No. 6,083,213 by defendants Medtronic Inc. and Medtronic Vascular, Inc. was not willful.

(3) Claims 1 and 2 of U.S. Patent No. 6,083,213 are not invalid.

(4) Plaintiff is entitled to a reasonable royalty of $9,900,000.00. The court awards prejudgment interest on the foregoing damages in the total amount of $2,051,771.00.

(5) Plaintiff is awarded costs in the amount of $27,855.58.

(6)     Plaintiff is not entitled to enhanced damages or attorney's fees.

(7)     The court accordingly awards plaintiff compensatory damages of $9,900,000.00, pre-judgment interest in the amount of $2,051,771.00, and costs in the amount of $27,855.58, together with interest thereon at the rate allowed by law from January 27, 2012 until paid on the compensatory damages, and from this date until paid on the costs and pre-judgment interest.

Entered this 27th day of September, 2012.

*Tim Leonard*
TIM LEONARD
United States District Judge